# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE R. HURD,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FEDERAL ATTORNEY, STATE OF TEXAS; ATTORNEY GENERAL KEN PAXON CHILD SUPPORT AGENCY, STATE OF NEBRASKA; DEPARTMENT OF HUMAN HEALTH SERVICES, RANDALL COUNTY DISTRICT CLERK JOEL FORBIS, RANDALL COUNTY CLERK SUSANN LLEN, BNSF; BURLINGTON NORTHERN SANTA FE, and GEORGE HARWOOD,<br><br>Defendants. | 8:21CV75<br><br>ORDER |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 5th day of May, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge