IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE R. HURD,<br><br>    Plaintiff,<br><br>vs.<br><br>KEN PAXON, Attorney General for Child Support Agency of Texas; and GEORGE HARWOOD,<br><br>    Defendants. | 8:21CV75<br><br>ORDER TO SHOW CAUSE |

On August 10, 2021, the Court entered a Memorandum and Order ordering Plaintiff to perfect service on Defendant Ken Paxon by September 5, 2021. Plaintiff was advised that failure to effect proper and timely service could result in the dismissal of this case without further notice. (Filing No. 63.) To date, Plaintiff has not filed any return of service indicating service on Ken Paxon, nor has Ken Paxon entered a voluntary appearance.

Accordingly,

**IT IS ORDERED** that by or before December 15, 2021, Plaintiff shall show cause why Defendant Ken Paxon should not be dismissed from this action for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case as to Ken Paxon without further notice.

Dated this 8th day of December, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge