# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE R. HURD,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEN PAXON, Attorney General for Child Support Agency of Texas; and GEORGE HARWOOD,<br><br>    Defendants. | 8:21CV75<br><br>**FINDINGS AND RECOMMENDATION** |

The above-captioned suit was filed on February 26, 2021. (Filing No. 1.) On August 10, 2021, the Court entered a Memorandum and Order ordering Plaintiff to perfect service on Defendant Ken Paxon ("Paxon") by September 5, 2021. Plaintiff was advised that failure to effect proper and timely service could result in the dismissal of this case without further notice. (Filing No. 63.) Plaintiff did not serve Paxon as ordered.

On December 8, 2021, the Court issued a Show Cause Order directing Plaintiff to show cause why this action should not be dismissed as to Paxon for lack of prosecution due to his failure to serve Paxon as ordered. Plaintiff was directed to do so no later than December 15, 2021. (Filing No. 93.) The Show Cause Order again advised Plaintiff that failure to comply could result in the dismissal of the case as to Paxon without further notice.

On December 10, 2021, Plaintiff responded to the Show Cause Order. (Filing Nos. 94 and 95.) However, Plaintiff's filings do not address why Paxon, despite the Court's order, still has not been served.

Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge Robert F. Rossiter, Jr. that this action be dismissed as to Defendant Ken Paxon.

Dated this 14th day of December, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

## ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.