IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE R. HURD,<br><br>    Plaintiff,<br><br>  v.<br><br>KEN PAXON, Attorney General for Child Support Agency of Texas, and GEORGE HARWOOD,<br><br>    Defendants. | 8:21CV75<br><br><br>ORDER |

  This matter is before the Court on the magistrate judge's[1] December 14, 2021, Findings and Recommendation (Filing No. 96), recommending the Court dismiss this action as to defendant Ken Paxon. Plaintiff Susanne R. Hurd has not objected to the findings and recommendation within the time permitted. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; NECivR 72.2. The Court finds the magistrate judge's findings and recommendation should be accepted and Ken Paxon be dismissed from this case with prejudice. Accordingly,

  IT IS ORDERED:

1. The magistrate judge's findings and recommendation (Filing No. 96) are accepted.
2. This case is dismissed as to defendant Ken Paxon with prejudice.

Dated this 29th day of December 2021.

                   BY THE COURT:

                   Robert F. Rossiter, Jr.
                   Chief United States District Judge

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.