# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE R. HURD,<br><br>                Plaintiff,<br><br>vs.<br><br>GEORGE HARWOOD,<br><br>                Defendant. | **8:21CV75**<br><br>**SCHEDULING LETTER AND PROGRESSION ORDER** |

This case was randomly assigned to Chief Judge Robert F. Rossiter for disposition, and United States Magistrate Judge Susan M. Bazis for full pretrial supervision. In order to progress this case to final resolution:

      **IT IS ORDERED**:

      1.      The trial and pretrial conference will not be set at this time. The parties shall notify the Court on or before **April 25, 2022** as to whether any dispositive motions will be filed. If the Court is notified that no dispositive motions will be filed, a status conference will be scheduled by further order of the Court to discuss case progression and to schedule the pretrial conference and trial dates. If the Court is notified that dispositive motions will be filed, the parties shall contact the Court within 14 days of the ruling on the dispositive motion to schedule a telephone conference to discuss case progression and to schedule the pretrial conference and trial dates. Counsel shall use the conferencing instructions assigned to this case to participate in a telephone conference. ([Filing No. 98](#).)

      2.      All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **February 2, 2022**.

      3.      All motions to amend the pleadings shall be filed on or before **March 14, 2022**. The parties must comply with the provisions of NECivR 15.1 when moving to amend the pleadings.

      4.      All depositions, whether or not they are intended to be used at trial, shall be completed by **April 11, 2022**.

      5.      Motions to compel discovery shall be filed on or before **April 25, 2022.** The parties must comply with the provisions of NECivR 7.1(i) before filing a motion to compel.

6. Dispositive Motions. All dispositive motions shall be filed on or before **May 11, 2022.** The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

DATED this 3rd day of January, 2022.

BY THE COURT:

s/ Susan Bazis
United States Magistrate Judge