IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE R. HURD,<br><br>               Plaintiff,<br><br>    v.<br><br>GEORGE HARWOOD, and KADEE BAYLESS,<br><br>               Defendants. | **8:21CV75**<br><br>**ORDER** |

      This matter is before the Court on Susanne R. Hurd's (also known as Susanne R. Becker, "Becker") pro se Motion to Dismiss (Filing No. 140), in which she asks the Court to dismiss her case. She filed the motion on March 9, 2022.

      Since then, she has submitted eleven more filings (Filing Nos. 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, and 151). None have anything to do with the initial matter presented before the Court in this pro se action. Most of those filings are addressed to courts other than this Court, including the United States District Courts in the "District of Texas" and Northern District of Texas. To add further confusion, Becker has titled her filings as various motions. For example, Filing No. 149 is titled "Motion To charge," but that filing is a completed criminal complaint form, as are many others. Because none of her more-recent and nonsensical filings have any bearing on this case, the Court does not see any reason to delay granting her motion to dismiss. *See* Fed. R. Civ. P. 41(a)(2).

      The Court also notes this string of recent filings is just another example of how Becker has severely abused the privilege of using the Court's electronic case filing system ("CM/ECF"). *See* Filing Nos. 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 124, 126, 129, 130, 131, 132, 134, 135, 136, 137, and 138). CM/ECF access is not routinely granted to pro se parties, and her failure to comply with CM/ECF procedures

justifies terminating that privilege, especially given her recent multiple daily filings of nonsensical and unrelated "pleadings." *See* NEGenR 1.3. The courts and this case are not message boards for Becker to air a variety of real or imaginary grievances she claims to have suffered.

Accordingly,

IT IS ORDERED:

1. Susanne R. Hurd's Motion to Dismiss (Filing No. 140) is granted. This case is dismissed.
2. Filing Nos. 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, and 151 are stricken. It is unclear what relief plaintiff seeks, none pertain to this case, and it appears she intended to submit most of those filings in other courts.
3. The Clerk of Court is directed to terminate Susanne R. Hurd's electronic filing access to this Court's CM/ECF system in all her cases which include 8:19CV82, 8:19CV209, 8:20CV394, 8:21CV75 and 8:21CV295. If plaintiff chooses to file any new cases in this Court, she may do so in-person at the Clerk's Office in Omaha or Lincoln, or by mail to the Omaha Clerk's Office:

> 111 South 18th Plaza, Suite 1152
> Omaha, NE 68102
>
> 593 Federal Building
> 100 Centennial Mall North
> Lincoln, NE 68508-3803

Dated this 16th day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge